UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INFORMED CONSENT ACTION NETWORK
and THE INSTITUTE OF AUTISM SCIENCE,

                Plaintiffs,

-against-                                      21 **CIVIL** 4134 (ALC)

**JUDGMENT**

XAVIER BECERRA, in his capacity as the
Secretary of the United States of Health and
Human Services,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, this case is dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2022

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                             **BY:**
                                                        **Deputy Clerk**